UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10975(TPA) |
| | : | |
| ALLISON M. LUCAS, | : | |
| | : | |
| Debtor. | : | CHAPTER 13 |
| _____ | : | |
| TENDTO CREDIT UNION f/k/a Erie | : | |
| Community Credit Union, | : | Hearing Date & Time: |
| | : | December 12, 2018 at 10:30 a.m. |
| Movant, | : | |
| | : | |
| v. | : | Response Date: |
| | : | November 19, 2018 |
| ALLISON M. LUCAS and RONDA J. | : | |
| WINNECOUR, as Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | JUDGE AGRESTI |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**CONSENT MOTION TO ANNUL AUTOMATIC STAY**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than November 19, 2018, *i.e.,* seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules, and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on December 12, 2018 at 10:30 o'clock a.m. before Judge Thomas P. Agresti, Bankruptcy Courtroom, U.S. Court House, 17 South Park Row, Erie, PA.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Attorneys for Movant,

*/s/ Nicholas R. Pagliari*
Nicholas R. Pagliari
Pa. Supreme Court ID No. 87877
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Tel:  (814) 870-7754
Fax: (814) 454-4647
Email: npagliari@mijb.com

Attorneys for Tendto Credit Union,
  f/k/a Erie Community Credit Union

Date of Service:  November 2, 2018