Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Allison M. Lucas**
Debtor(s)

Bankruptcy Case No.: 18–10975–TPA
Per October 30, 2018 Proceeding
Chapter: 13
Docket No.: 19 – 6
Concil. Conf.: 4/9/19 at 02:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 13, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 4/9/19 at 02:00 PM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H. Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: November 1, 2018

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10975-TPA
Allison M. Lucas                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 1              Date Rcvd: Nov 01, 2018
                              Form ID: 149            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.
```
db            +Allison M. Lucas,    2191 Roberts Road,    Erie, PA 16510-2379
cr            +Tendto Credit Union, f/k/a Erie Community Credit U,    1915 East 36th Street,
                Erie, PA 16510-2663
14918950       ACI,    35A Rust Lane,    Boerne, TX 78006-8202
14918952      +Bradley Lucas,    2225 Harrison Street,    Erie, PA 16510-1505
14918954      +Domestic Relations,    140 W. 6th Street,    Erie, PA 16501-1032
14918958       FNB Consumer Discount,    2501 W. 12th Street,    Erie, PA 16505-4527
14918956      +Family Dental Care,    4206 East Lake Road,    Erie, PA 16511-1357
14918957      +Fedloan servicing,    P O Box 60610,    Harrisburg, PA 17106-0610
14918959       Home Depot Credit Services,    P O 9001010,    Louisville, KY 40290-1010
14918960      +OB/GYN Associates of Erie,    100 Peach Street,    Suite 300,    Erie, PA 16507-1423
14918964       Penelec,    P O Box 3687,    Akron, OH 44309-3687
14918965      +Penn State University,    Office of the Bursar,    103 Shields Bldg,
                University Park, PA 16802-1276
14918966      +Regency Finance Company,    2501 W. 12th Street,    Erie, PA 16505-4527
14918968      +Tendto Credit Union,    1129 State Street,    Erie, PA 16501-1911
14918969      +Turnpike,    P O BOX 1153,    Milwaukee, WI 53201-1153
14918970      +Waste Management,    1001 Fannin Street,    Houston, TX 77002-6717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14918951       +E-mail/Text: g20956@att.com Nov 02 2018 03:23:15     AT&T,    P O BOX 6416,
                Carol Stream, IL 60197-6416
14918953        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 03:23:52      Capital One,
                P O BOX 71083,    Charlotte, NC 28272-1083
14918955       +E-mail/Text: csbankruptcy@eriewaterworks.org Nov 02 2018 03:23:20     Erie Water Works,
                Collections Department,    340 West Bayfront Parkway,    Erie, PA 16507-2004
14931880        E-mail/PDF: cbp@onemainfinancial.com Nov 02 2018 03:23:45     ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
14918961        E-mail/PDF: cbp@onemainfinancial.com Nov 02 2018 03:23:45     One Main Financial,
                P O BOX 742536,    Cincinnati, OH 45274-2536
14918962       +E-mail/Text: bankruptcy@loanpacific.com Nov 02 2018 03:23:34     Pacific Union Finance,
                1603 LBJ Freeway Suite 500,    Dallas, TX 75234-6071
14918963       +E-mail/Text: recovery@paypal.com Nov 02 2018 03:21:38     PayPal,    2211 North First Street,
                San Jose, CA 95131-2021
14918967       +E-mail/Text: dl-csgbankruptcy@charter.com Nov 02 2018 03:23:39     Spectrum,    1600 Dublin Road,
                Columbus, OH 43215-2098
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Pacific Union Financial, LLC
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit
               Union npagliari@mijb.com, sburick@mijb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tina M. Fryling    on behalf of Debtor Allison M. Lucas tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                              TOTAL: 5
```