FILED
11/5/18 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10975(TPA) |
| ALLISON M. LUCAS, | : | |
| Debtor. | : | CHAPTER 13 |
| | : | Related to Document No. 22 |
| TENDTO CREDIT UNION f/k/a Erie Community Credit Union, | : | Hearing Date & Time: December 12, 2018 at 10:30 a.m. |
| Movant, | : | |
| v. | : | Response Date: November 19, 2018 |
| ALLISON M. LUCAS, BRADLEY D. LUCAS and RONDA J. WINNECOUR, as Chapter 13 Trustee, | : | |
| Respondents. | : | JUDGE AGRESTI |

**ORDER GRANTING CONSENT MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY IMPOSED BY 11 U.S.C. § 1301(a)**

Upon consideration of the *Consent Motion for Relief from Automatic Stay and Co-Debtor Stay Imposed by 11 U.S.C. § 1301(a)* filed by Tendto Credit Union, f/k/a Erie Community Credit Union (the "Credit Union"), and for just cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The automatic stay set forth in 11 U.S.C. § 362 is hereby terminated as it affects the interest of the Debtor and her estate in the 2013 Chevrolet Equinox, vehicle identification number 1GNFLEEK5DZ121382 (the "Vehicle");

2. The co-debtor stay set forth in 11 U.S.C. § 1301(a) is hereby terminated as it affects the interest of co-debtor Bradley D. Lucas in the Vehicle;

      3.      The Credit Union may exercise any and all of its state law rights with respect to the Vehicle including, but not limited to, repossession and sale;

      4.      The Debtor and co-debtor shall immediately make the Vehicle available for repossession by the Credit Union;

      5.      The Credit Union shall file a proof of claim for any deficiency within sixty days after the sale of the Vehicle; and

      6.      The fourteen day stay set forth in Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and the relief granted in this Order is effective immediately.

IT IS SO ORDERED, this 5th day of _____November_____, 2018.

_____
THOMAS P. AGRESTI, JUDGE  jlm
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Allison M. Lucas  
      Debtor

Case No. 18-10975-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: lfin    Page 1 of 1    Date Rcvd: Nov 05, 2018  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
db          +Allison M. Lucas,   2191 Roberts Road,   Erie, PA 16510-2379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:  
        James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit Union npagliari@mijb.com,   sburick@mijb.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Tina M. Fryling    on behalf of Debtor Allison M. Lucas tinafryling@gmail.com,   tfryling@mercyhurst.edu;r53088@notify.bestcase.com  
                                                                      TOTAL: 5