**Form 132**

UNITED STATES BANKRUPTCY COURT    39
WESTERN DISTRICT OF PENNSYLVANIA    lfin

In re:    Bankruptcy Case No.: 18−10975−TPA

Chapter: 7

**Allison M. Lucas**
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   John C. Melaragno, Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 4/3/19

**Andrew R. Vara**
Acting United States Trustee

**Joseph S. Sisca**
Assistant United States Trustee
Western District of Pennsylvania

---

I John C. Melaragno, Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

John C. Melaragno, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Allison M. Lucas  
       Debtor

Case No. 18-10975-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Apr 03, 2019  
                         Form ID: 132     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr           +E-mail/Text: jmelaragno@iq7technology.com Apr 04 2019 02:09:18     John C. Melaragno, Trustee,  
          502 West 7th Street.,    Erie, PA 16502-1333  
                                                                                                                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        John C. Melaragno, Trustee    johnm@mplegal.com,  
         jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
        Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         pabk@logs.com  
        Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit  
         Union npagliari@mijb.com,    sburick@mijb.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Tina M. Fryling    on behalf of Debtor Allison M. Lucas tinafryling@gmail.com,  
         tfryling@mercyhurst.edu;r53088@notify.bestcase.com  
                                                                                                                                                                                                         TOTAL: 7