Case 18-10975-TPA    Doc 51    Filed 04/11/19    Entered 04/11/19 16:11:01    Desc Main
Document    Page 1 of 1
FILED
4/11/19 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor(s):    Allison M. Lucas

Case Number:    18-10975-TPA            (Chapter 13)
Date / Time / Room:    04/09/2019 02:00 pm /Bankruptcy Courtroom
Hearing Officer:    CHAPTER 13 TRUSTEE

### Matter:
#6 - Final Confirmation of Plan dated 9/13/18 (NFC)
+Obj. by Pacific Union Financial, LLC

### Appearances:

Debtor:    Fryling
Trustee:    Winnecour / Katz / Pail / DeSimone
Creditor:

*Case converted to Chapter 7  4/3/19*

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. _____ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:  N/A