**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ALLISON M. LUCAS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:18-10975 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/21/2018 and confirmed on 11/01/2018. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,229.95 |
| Less Refunds to Debtor | 1,090.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,139.35 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 989.01 | |
|   Trustee Fee | 320.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,309.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C<br>Acct: 8087 | 0.00 | 4,829.94 | 0.00 | 4,829.94 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C<br>Acct: 9185 | 9,808.17 | 0.00 | 0.00 | 0.00 |
| TENDTO CREDIT UNION<br>Acct: 0011 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,829.94 |
| **Priority** | | | | |
| TINA M FRYLING ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLISON M. LUCAS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TINA M FRYLING ESQ<br>Acct: | 3,000.00 | 989.01 | 0.00 | 0.00 |
| ALLISON M. LUCAS<br>Acct: | 1,090.60 | 1,090.60 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AT & T MOBILITY II LLC | 1,399.19 | 0.00 | 0.00 | 0.00 |
| Acct: 4966 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 6,295.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6138 | | | | |
| ERIE COUNTY DOMESTIC RLTNS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8582 | | | | |
| ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0380 | | | | |
| FAMILY DENTAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: O115 | | | | |
| FEDERAL LOAN SERVICING | 41,141.69 | 0.00 | 0.00 | 0.00 |
| Acct: 7326 | | | | |
| HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2109 | | | | |
| OB/GYN ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0938 | | | | |
| NICHOLAS R PAGLIARI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 7,470.68 | 0.00 | 0.00 | 0.00 |
| Acct: 5247 | | | | |
| PAYPAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| PENELEC | 1,758.46 | 0.00 | 0.00 | 0.00 |
| Acct: 7091 | | | | |
| THE PENNSYLVANIA STATE UNIV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0120 | | | | |
| REGENCY FINANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPECTRUM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| TENDTO CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0081 | | | | |
| PA TURNPIKE COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9127 | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3002 | | | | |
| ACI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRADLEY LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TENDTO CREDIT UNION | 4,391.50 | 0.00 | 0.00 | 0.00 |
| Acct: 7008 | | | | |
| TENDTO CREDIT UNION | 11,534.20 | 0.00 | 0.00 | 0.00 |
| Acct: 7001 | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FNB CDC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                          4,829.94

```
TOTAL CLAIMED
  PRIORITY                     0.00
  SECURED                  9,808.17
  UNSECURED               73,990.77
```

Date: 05/01/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com