FILED
5/20/19 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allison M. Lucas<br>　　　　　　Debtor | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br>　　　　　　Movant<br>　　v.<br>Allison M. Lucas<br>　　　　　　Respondent<br>　　and<br>John C. Melaragno, Trustee<br>　　　　　　Additional Respondent | BK. NO. 18-10975 TPA<br><br>CHAPTER 7<br><br>Related to Document No. 53 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 20th day of May, 2019, at Pittsburgh, upon Motion of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 2191 Roberts Road, Erie, PA 16510 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge    jlm

Allison M. Lucas
2191 Roberts Road
Erie, PA 16510

Tina M. Fryling Esq.
4402 Peach Street, Suite 3
Erie, PA 16509
tinafryling@gmail.com

John C. Melaragno
502 West 7th Street.
Erie, PA 16502
johnm@mplegal.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Allison M. Lucas  
    Debtor

Case No. 18-10975-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: lfin    Page 1 of 1    Date Rcvd: May 20, 2019  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2019.  
db         +Allison M. Lucas,    2191 Roberts Road,    Erie, PA 16510-2379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        John C. Melaragno, Trustee    johnm@mplegal.com,  
     jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
        Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  
        Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Tina M. Fryling    on behalf of Debtor Allison M. Lucas tinafryling@gmail.com, tfryling@mercyhurst.edu;r53088@notify.bestcase.com  
                                                                                                                                    TOTAL: 7