**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Allison M. Lucas**
Debtor(s)

Bankruptcy Case No.: 18–10975–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    John C. Melaragno, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 14, 2019

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Allison M. Lucas  
    Debtor

Case No. 18-10975-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: admin    Page 1 of 1    Date Rcvd: Aug 14, 2019  
                        Form ID: 129    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.  
db        +Allison M. Lucas,   2191 Roberts Road,   Erie, PA 16510-2379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:  
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
          James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
          John C. Melaragno, Trustee    johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  
          Nicholas R. Pagliari    on behalf of Creditor    Tendto Credit Union, f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Tina M. Fryling    on behalf of Debtor Allison M. Lucas tinafryling@gmail.com, tfryling@mercyhurst.edu;r53088@notify.bestcase.com  
                                                                                                                                TOTAL: 7